IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED

APR 14 12 05 PM '05

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-33 |
| EMILIO ZACARIAS-BAMACA, | : |
| Defendant. | : |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Emilio Zacarias-Bamaca, pursuant to an Indictment returned against him by the Federal Grand Jury on April 14, 2005.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: April 14, 2005

AND NOW, this __14__ day of __April__, 2005, based upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Emilio Zacarias-Bamaca.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge