UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| Emilio Zacarias Bamaca | ) |
| Defendant. | ) |

Apr 14  2 14 PM '05

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CASE NO.  CR 05

CR05-33

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this *14* day of *April* , 2005,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney