AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

**FILED**
APR 15  9 05 AM '05

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

EMILIO ZACARIAS - BAMACA

**WARRANT FOR ARREST**

Case Number:  CR 05-33-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **EMILIO ZACARIAS-BAMACA**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complain   ☐ Order of court    Violation    Probation Violation Petition

charging him or her    (brief description of offense)

RE-ENTRY AFTER DEPORTATION

in violation of ____8____ United States Code, Section(s) ____1326(a)____

Peter T. Dalleo                                    Clerk, United States District Court
Name of Issuing Officer                             Title of Issuing Officer

By: [signature] Deputy Clerk    4/14/ 2005 in Wilmington, DE
Signature of Issuing Officer                        Date and Location

Bail fixed at $ _____  by _____
                                                 Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant   Emilio Zacarias Bamaca | | |
| DATE RECEIVED  4-14-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST  4-14-05 | William David Dusen | William [signature] |

AO 442  (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____