UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-33-UNA |
| | : | |
| EMILIO ZACARIAS-BAMACA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and

enter the appearance of Christopher S. Koyste, Esquire as attorney on behalf of Defendant, Emilio

Zacarias-Bamaca, in the above-captioned matter.


 /s/ Penny Marshall
Penny Marshall, Esquire



 /s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Emilio Zacarias-Bamaca


DATED:  April 20, 2005

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Substitution of Counsel and Entry of

Appearance is available for public viewing and downloading and was electronically delivered on April

20, 2005 to:

Beth Moskow-Schnoll, AUSA
United States Attorney's Office
1007 Orange Street, Suite 700
Wilmington, DE 19801

/s/ Christopher S. Koyste
Christopher S. Koyste, Esquire
Assistant Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE 19801
Attorney for Emilio Zacarias-Bamaca

DATED:  April 20, 2005