

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*     *(302) 573-6277*
*1007 N. Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

June 16, 2005

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 King Street
Wilmington, DE 19801

      **Re:**   **United States v. Emilio Zacarias Bamaca**
             **Criminal Action No. 05-33-JJF**

Dear Judge Farnan:

      Christopher Koyste, counsel for the defendant, has notified the Government that the defendant wishes to plead guilty, and, therefore, the parties respectfully request that a change of plea hearing be scheduled. A copy of the proposed Memorandum of Plea Agreement has been attached for the Court's review.

      In addition, because the parties estimate that the defendant is facing 0-6 months incarceration under the Sentencing Guidelines and the defendant is detained, the defendant seeks to be sentenced immediately following entry and acceptance of his guilty plea. The United States does not object to this request. Therefore, we respectfully ask the Court to schedule a time, prior to the guilty plea hearing, when the parties may discuss with the Court the defendant's request for immediate sentencing.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                           BY:       /s/
                                        Beth Moskow-Schnoll
                                        Assistant United States Attorney

cc:  Clerk, U.S. District Court
      Christopher Koyste, Esq.