IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-33 JJF |
| EMILIO ZACARIAS-BAMACA, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court held a Scheduling Conference on June 23, 2005;

WHEREAS, a Memorandum of Plea Agreement (D.I. 10) was filed;

NOW THEREFORE, IT IS ORDERED that a Rule 11 hearing will be held on **Thursday, June 30, 2005, at 1:30 p.m.** Sentencing will immediately follow the Rule 11 hearing.

June 27, 2005
DATE

UNITED STATES DISTRICT JUDGE