PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
    Plaintiff,                      )
                                    )
    vs.                             )    Criminal Action No. 1:05-CR-33 (JJF)
                                    )
Emilio Zacarias-Bamaca              )
                                    )
    Defendant                       )

### Petition on Probation and Supervised Release

    COMES NOW John G. Selvaggi Probation Officer of the Court presenting an official report upon the conduct and attitude of Emilio Zacarias-Bamaca , who was placed on supervision by the Honorable Joseph J. Farnan, Jr.  sitting in the court at Wilmington, Delaware on the 30th day of June, 2005 , who fixed the period of supervision at 1 year, and imposed the general terms and conditions theretofore adopted by the Court, and the following special condition:

> "If the defendant is deported, his term of supervised release shall run inactively as long as he remains outside of the United States. Should he re-enter the United States after deportation, such action shall be considered a violation of supervised release."

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Special Condition:** "If the defendant is deported, his term of supervised release shall run inactively as long as he remains outside of the United States. Should he re-enter the United States after deportation, such action shall be considered a violation of supervised release."

**Evidence:** Emilio Zacarias-Bamaca was deported to Guatemala on August 4, 2005. On December 29, 2005, he re-entered the United States in the Southern District of California. He was charged under Title 8, U.S.C., Section 1326, deported alien found in the United States. The defendant remains detained on the pending charge in the Southern District of California.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Emilio Zacarias-Bamaca, to be lodged as a detainer, and that the defendant be ordered to appear before the Court to answer to the charge of violating the conditions of his supervised release.

ORDER OF COURT

Considered and ordered this  6  day of
_____January_____, 2006
_____
U.S. District Judge

FILED
JAN 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I declare under penalty of perjury the foregoing is true and correct,
_____
Supervising U.S. Probation Officer

Place     Wilmington, Delaware

Date      January 5, 2006