UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721

United States District Court
District of Delaware, J. Caleb Boggs Federal Building
Lockbox 18, 844 North King Street
Wilmington, Delaware 19801–3570

| | |
|---|---|
| **RE:** | USA vs. |
| **USDC No.:** | 1:06–MJ–00311–DLB |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated December 14, 2006 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 6.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**December 27, 2006**     /s/ **M. Rooney**
_____
Deputy Clerk

RECEIVED BY: _____
Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____



FILED
JAN 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE