AO 94
(10/82)

# COMMITMENT TO ANOTHER DISTRICT
(Rule 40, Federal Rules of Criminal Procedure)

**United States District Court**

DISTRICT: EASTERN DISTRICT OF CA

FILED
DEC 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Emilio Zacarias-Bamaca

DOCKET NO.

MAGISTRATE CASE NO.: 1:06 MJ 00311 DLB

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment  ☐ information  ☐ complaint  ☒ Other (specify): Violation of Supervised Release

charging a violation of _____ U.S.C. § _____

DISTRICT OF OFFENSE: District of Delaware

DATE OF OFFENSE: 6-30-05

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release.

BOND IS FIXED AT $ detained

DISTRICT: Eastern District of CA.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/12/2006
Date

DENNIS L. BECK, U.S. Magistrate Judge

FILED
JAN 3 2007

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |