CLOSED

# U.S. District Court
## Eastern District of California - Live System (Fresno)
### CRIMINAL DOCKET FOR CASE #: 1:06-mj-00311-DLB-ALL
#### Internal Use Only

Case title: USA v. Zacarias-Bamaca
Other court case number: CR 05-33 JJF USDC District of Delaware

Date Filed: 12/12/2006

Assigned to: Magistrate Judge Dennis L. Beck

**Defendant**

**Emilio Zacarias-Bamaca** (1)
*TERMINATED: 12/27/2006*

I hereby attest and certify on 12-27-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ Deputy

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
None

**Disposition**

FILED
JAN 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Plaintiff**
**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/12/2006 | 1 | RULE 5(c)(3) DOCUMENTS RECEIVED as to Emilio Zacarias-Bamaca. (Carter-Ford, R) (Entered: 12/15/2006) |

| | | |
|---|---|---|
| | | Delaware) regarding Violation of Supervised Release as to Emilio Zacarias-Bamaca held on 12/12/2006. Defendant pleads not guilty, Waives ID Hearing, DETENTION HEARING as to Emilio Zacarias-Bamaca held on 12/12/2006. Defendant is ordered detained and transported to the District of Delaware. Government Counsel K Rooney present. Defense Counsel C Leonetti present. Custody Status: Custody. Court Reporter/CD Number: ECRO. Interpreter D Pflug present. (Hernandez, M) (Entered: 12/18/2006) |
| 12/14/2006 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Emilio Zacarias-Bamaca. (Carter-Ford, R) (Entered: 12/15/2006) |
| 12/14/2006 | 3 | COMMITMENT to ANOTHER DISTRICT as to Emilio Zacarias-Bamaca. Defendant committed to District of Delaware signed by Judge Dennis L. Beck on 12/12/06. (Carter-Ford, R) (Entered: 12/15/2006) |
| 12/14/2006 | 5 | DETENTION ORDER as to Emilio Zacarias-Bamaca signed by Judge Dennis L. Beck on 12/14/2006. (Hernandez, M) (Entered: 12/18/2006) |
| 12/27/2006 | | ***SET/CLEAR FLAGS as to Emilio Zacarias-Bamaca, ***TERMINATE DEFENDANT Emilio Zacarias-Bamaca, pending deadlines, and motions. (Rooney, M) (Entered: 12/27/2006) |
| 12/27/2006 | 6 | TRANSMITTAL of DOCUMENTS on *12/14/2006* to * United States District Court* *District of Delaware, J. Caleb Boggs Federal Building* *Lockbox 18, 844 North King Street* *Wilmington, Delaware 19801-3570*.<br>*Electronic Documents: 1 to 6. *. (Rooney, M) (Entered: 12/27/2006) |