# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  :
           :
   Plaintiff,     :
           :
    v.      :  Criminal Action No.  05-33-JJF
           :
EMILIO ZACARIAS-BAMACA,  :
           :
   Defendant.    :

## MOTION FOR DETENTION

   **NOW COMES** the United States and moves for the detention of the defendant, Emilio Zacarias-Bamaca, pursuant to 18 U.S.C. §§ 3143(a) and 3148(b) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of release petition. In support of the motion, the United States alleges that the defendant is likely to flee and cannot meet his burden of proving, by clear and convincing evidence, that he is not likely to flee if released.

        Respectfully submitted,

        COLM F. CONNOLLY
        United States Attorney

By: 

        Beth Moskow-Schnoll
        Assistant United States Attorney

Dated: January 4, 2007

```
F I L E D

JAN   4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```