# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO F.R.Cr.P. 32.1**

_____EMILIO ZACARIAS-BAMACA_____
Defendant

**Case Number:** CR 05-33-JJF

Upon motion of the **Government**, it is ORDERED that a **Revocation Hearing** is set for ____TBD____ * at ____TBD____
                                                          Date                         Time

before the __Honorable Joseph J. Farnan, Jr., U.S. District Judge__
                        Name of Judicial Officer

__Courtroom # 4B, 4th Flr., Federal Bldg., 844 King St., Wilmington, Delaware__
                        Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                                Other Custodial Official
and produced for the hearing.

____1/4/07____
       Date

____[signed]____
       Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
   A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED
JAN 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE