AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| EMILIO ZACARIAS-BAMACA | Case Number: CR 05-33-JJF |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ EMILIO ZACARIAS-BAMACA _____
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  ☒ Probation Violation Petition

charging him or her  (brief description of offense)

VIOLATION OF SUPERVISED RELEASE

in violation of _____ United States Code, Section(s) _____

Peter T. Dalleo                                Clerk, United States District Court
Name of Issuing Officer                         Title of Issuing Officer

BY: _/s/_ ; Deputy Clerk           JANUARY 6, 2006 in Wilmington, DE
Signature of Issuing Officer                     Date and Location

FILED JAN 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

_Picked up on Detainer_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-6-06 | William David, DUSM | _/s/ William David_ |
| DATE OF ARREST | | |
| 1-4-07 | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                 _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____