IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-33 JJF |
| EMILIO ZACARIAS-BAMACA, | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, a Petition alleging violations of the conditions of Defendant's supervised release was issued on January 6, 2007 (D.I. 15);

IT IS HEREBY ORDERED that Defendant's Revocation Hearing will be held on **Friday, January 26, 2007, at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

_January 19, 2007_  
DATE

_Joseph J. Farnan Jr._  
UNITED STATES DISTRICT JUDGE

FILED  
JAN 2 2 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE