UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 05-33-JJF |
| | ) | |
| Emilio Zacarias-Bamaca, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEAL

Notice is given that Emilio Zacarias-Bamaca, Defendant in the above captioned action, through his Attorney, Christopher S. Koyste, hereby appeals to the United States Court of Appeals for the Third Circuit  from the February 7, 2007 Judgment of The Honorable Joseph J. Farnan, Jr.

_/s/_____
Christopher S. Koyste
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com
Attorney for Defendant Zacarias-Bamaca

Dated: February 15, 2007

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that two copies of Defendant's Notice of Appeal were hand

delivered on February 15, 2007, to a box designated for the U.S. Attorney's Office located in the U.S.

District Court Clerk's Office.  Said copy was addressed to:


Beth Moskow-Schnoll, Esquire
Assistant U.S. Attorney
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046


_/s/_____
Christopher S. Koyste
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com
Attorney for Defendant Zacarias-Bamaca