IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-33-JJF |
| | ) | |
| EMILIO ZACARIAS-BAMACA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney Beth Moskow-Schnoll as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
edmond.falgowski@usdoj.gov

Dated: 1-15-08

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal Action No. 05-33-JJF |
| | ) |
| EMILIO ZACARIAS-BAMACA | ) |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on January 15, 2008, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Edson A. Bostic, Esquire
ecf_de@msn.com

and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed as follows:

Emilio Zacarias-Bamaca
Reg. No. 98442-198
Federal Detention Center - Philadelphia
P.O. Box 562
Philadelphia, PA   19106

/s/ Sharon L. Bernardo