UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 07-1482

UNITED STATES OF AMERICA

v.

EMILIO ZACARIAS-BAMACA,

Appellant

On Appeal from a Final Order of the United States District Court for the District of Delaware:
Honorable Joseph J. Farnan, Jr.
(No. 05-CR-00033)

Submitted Under Third Circuit LAR 34.1(a)
April 16, 2008

Before: AMBRO, FISHER, Circuit Judges, and MICHEL,[*] Chief Circuit Judge

**JUDGMENT**

This cause came to be heard on the record before the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on April 16, 2008. On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the appeal is DISMISSED as moot. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: April 21, 2008

Certified as a true copy and issued in lieu of a formal mandate on 05/13/08

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

---

[*]Honorable Paul R. Michel, Chief Judge, United States Court of Appeals for the Federal Circuit, sitting by designation.